

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marko Angel Mendoza,                  * From the 161st District Court
                                        of Ector County
                                        Trial Court No. B-44,758.

Vs. No. 11-18-00129-CR                 * May 9, 2019

The State of Texas,                    * Per Curiam Memorandum Opinion
                                         (Panel consists of: Bailey, C.J.,
                                         Stretcher, J., and Wright, S.C.J., sitting
                                         by assignment)
                                         (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.